# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>EDUAR JESUS PAEZ AVENDANO<br><br>*Defendant(s)* | Case No. 8:25MJ452 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 30, 2025 to April 1, 2025** in the county of **Douglas** in the District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Attempted Bank Larceny |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Martin, SA, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/4/2025

*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA  )
                     ) ss.   Affidavit of SA MICHAEL MARTIN
COUNTY OF DOUGLAS    )

I, Michael Martin, having been first duly sworn, do hereby depose and state as follows:

1. Your affiant, Michael Martin is a Special Agent assigned to FBI Omaha. In my duties as a Special Agent, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since December of 2020. I am currently assigned to the Cyber Task Force (CTF) of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.

2. The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. §§ 2113 (Bank burglary and larceny)

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Eduar Jesus Paez Avendano (dob 08/30/1996) for violations of Title 18, United States Code, Section 2113 (Attempted Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.

4. Beginning on March 30th, 2025, and continuing into the morning of April 1st, 2025, three ATMs of Dundee Bank located in Omaha, Nebraska suffered cyber intrusions, resulting in a total loss of $124,760. The breakdown of losses per individual ATM is as follows:

---

[1] A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware on ATM HDs.

- **Location #1:**
  Date of theft: 03/30/2025
  Address: 1407 S. 13th Street, Omaha, Nebraska 68108
  Confirmed Loss: $79,200.00 USD
- **Location #2:**
  Date of theft: 03/30/2025
  Address: 5015 Underwood Avenue, Omaha, Nebraska 68132
  Confirmed Loss: $5,600.00 USD
- **Location #3:**
  Date of theft: 04/01/2025
  Address: 302 S. 38th Street, Omaha, Nebraska 68131
  Confirmed Loss: $39,960.00 USD

5. FBI Omaha issued preservation requests to AT&T, Verizon, US Cellular, and T-Mobile (hereinafter "Providers") for cell tower records and information surrounding the aforementioned Dundee Bank locations during the specific times subjects were viewed manipulating the ATMs on bank surveillance video. A subsequent search warrant was served to each Providers for these records.
6. This affiant provided FBI TFO Ben Carter, who is part of the Cellular Analysis Survey Team (CAST), a copy of the area search and tower dump records received from Verizon, T-Mobile, AT&T and US Cellular. FBI TFO Ben Carter analyzed the records for each provider and further performed a search for common phone numbers or International Mobile Subscriber Identity (IMSI) numbers across the three Dundee bank locations.
7. FBI TFO Ben Carter subsequently found one (1) T-Mobile IMSI in common at all three bank locations. The device, which was found to bear IMSI: 310260519915480, was found to be in the general geographic location of each bank around the general time of each suspected ATM malware incident. FBI TFO Ben Carter found the presence of the IMSI near the three bank locations around the malware incidents significant, as it was the only "three-location match" among thousands of T-Mobile records.
8. FBI TFO Ben Carter subsequently identified to this affiant the International Mobile Equipment Identifier (IMEI) 359222380883980 as being associated with IMSI: 310260519915480. FBI TFO Ben Carter identified the association through a review of the aforementioned T-Mobile records.
9. On July 2nd, 2025, records were obtained from Apple Inc. for IMEI 359222380883980 and identified a subject, hereinafter referred to as "Individual 1" as the owner of the device bearing IMEI 359222380883980.
10. On or about July 10, 2025, records were obtained from T-Mobile for IMSI 310260519915480. Analysis of the call detail records identified the phone number xxx-xxx-xx74 as a frequent contact of Individual 1. Multiple databases including FBI databases attributed the phone number to Eduar Jesus Paez Avendano.
11. On June 3rd, 2025, Cass County Sherriff's Office (CCSO) Deputy Rice was called to Cornerstone Bank located at 211 Rock Bluff Road, Plattsmouth, Nebraska. A Cornerstone Bank representative reported that the automated teller

    machine was missing approximately $54,000 in cash. The representative reported there was suspicious activity which occurred on May 25, 2025, around 0500 hours.

12. CCSO Investigator Tony Hemmer interviewed a Diebold Nixdorf Technician while at Cornerstone bank. The Technician had received a request from the bank to diagnose cash dispenser issues with the ATM on May 29, 2025. The machine reported the cash cassettes as empty. The Technician ran a 'one touch' diagnostic program. The 'one touch' gives the Technician information on machine events. It was determined the machine had no money as the machine reported. The events records are as follows:

    0532 hours – ATM shutdown
    0546 hours – ATM Startup
    0546 hours – Malware Loader Started
    0554 hours – Dispense Malware Started
    0600 hours – First Suspicious Dispense
    0624 hours – Last Suspicious Dispense

13. The Technician explained to Investigator Hemmer how the theft of the money occurred referring to it as 'jackpotting'. The hard drive is exchanged with a corrupted one that allows manipulation of the ATM programming and makes it dispense cash. The ATM was not protected by hard drive encryption. The ATM did not have a managing service application installed that would have alerted the bank to loss of internet connectivity. (The machine loses connection when it reboots with the corrupted hard drive.)

14. Investigator Hemmer checked for surveillance video at the 75 Mart located at 114 Rock Bluff Road, Plattsmouth, Nebraska. According to Investigator Hemmer, their cameras depicted two vehicles involved in the theft. The cars are seen traveling back and forth from the bank, the parking at the gas station on 1st Ave, and the Tiki Time Bar located at 9661 Renee Avenue, Plattsmouth, Nebraska. According to Investigator Hemmer, the vehicles appeared to be a black Toyota Corolla and a dull medium blue Toyota Yaris. The Corolla had no front plate. An individual is seen standing on the west side of 75 Mart for approximately 45 minutes. He is wearing black tennis shoes, black pants, a black hooded jacket with a fur stitched around the hood. The jacket and shoes appear to be Nike brand. The male briefly looks toward the camera but is mostly conscious of not revealing himself. An employee of the 75 Mart made contact with the male inquiring about what he is doing. They described him as Hispanic with a thick accent. No distinct facial features. The Hispanic male tells them that he is waiting for his wife. Around 0630 hours, the black Corolla picks him up along the roadside and goes north on 1st Avenue.

15. Investigator Hemmer checked the surveillance cameras at Tiki Time Bar. According to Investigator Hemmer, the camera depicts the Corolla parked in the lot for a while. A male is seen walking around looking at his phone. He is wearing jeans and does not appear to be the same male at the 75 Mart.

16. On June 5, 2025, Investigator Hemmer reviewed the surveillance video from Cornerstone Bank. According to Investigator Hemmer, it appears that individuals in the Yaris install the hard drive and head east on Rock Bluff Road. The male is wearing a DGK brand hoodie. The hoodie had the white DGK logo on the front right side, a patch on the left arm, and on the hood itself. Red print was visible on the front but unreadable. The suspects in the Corolla then arrive and remove cash. The Corolla leaves and the Yaris pulls up to the ATM. A male is seen opening the ATM, going back around the car before returning to the ATM. Investigator Hemmer believes he may have taken the hard drive infected with malware and returned the original in the machine before leaving and heading east on Rock Bluff Drive.
17. According to Investigator Hemmer, the cameras on the ATM did not provide clear depictions of the suspects or plates. The video appeared to be distorted by dirty lenses. The plates on both cars appeared similar but were not readable.
18. Based on the review of all surveillance video in and around the time of the unlawful cyber intrusion and theft from the ATM at Cornerstone Bank, Investigator Hemmer believed there could have been four suspects involved.
19. On or about June 6th, 2025, the CCSO served a search warrant to T-Mobile, Verizon, US Cellular, and AT&T for cell site and cellular device information in the general area surrounding Cornerstone Bank in Plattsmouth, Nebraska. On June 18th, 2025, the CCSO provided FBI Omaha with records received from AT&T regarding the cell site search warrant. Phone number xxx-xxx-xx74, previously attributed to Eduar Jesus Paez Avendano, was located in the AT&T records (Cass County) and the records contained information associated with phone number xxx-xxx-xx74. A brief and preliminary analysis was conducted on the records, and using open source tools, investigators noted that phone number xxx-xxx-xx74 was associated with a cell site near 920 Rock Bluff Road, Plattsmouth, Nebraska at approximately 0501 hours on May 25th, 2025. The distance from the cell site to Cornerstone Bank is approximately 1288 meters. Furthermore, AT&T records provided an estimated and approximate location of the cellular device assigned phone number xxx-xxx-xx74 at 0501 hours on May 25th, 2025. The approximate cellular device location was near 109 Rock Bluff Road, Plattsmouth, Nebraska. The distance from the approximate cellular device location to Cornerstone Bank is approximately 322 meters. Based upon the brief and preliminary analysis, investigators determined that a cellular device associated with phone number xxx-xxx-xx74 was in the general area of Cornerstone Bank in close proximity to the date and time of the ATM cyber intrusion.
20. Eduar Jesus Paez Avendano is a Venezuelan national with an ICE detainer in place, currently pending removal proceedings after his arrest with three other individuals believed to be involved in two attempted ATM Jackpotting incidents in West Virginia and Tennessee on or about 07/11/2025.
21. Based on the foregoing, your affiant submits that there is probable cause to believe that Eduar Jesus Paez Avendano committed violations of Title 18, United States Code, Section 2113.

_____
Michael Martin – Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: August 4, 2025

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge